■ BALTIC LINEN COMPANY, INC., Appellant, v 260 WEST SUNRISE CORP., Respondent. [644 NYS2d 633]

Rosenblatt, J. P., Thompson, Pizzuto and Hart, JJ., concur.